IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARTIQUE L. KING, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-263
)
OFFICER CONTRERAS ALAN, Chatham )
County Police Department; and )
SOUTHERN DISTRICT OF GEORGIA; )
United States District Court )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's December 8, 2020, Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DENIED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 16th day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA