AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARTIQUE L. KING,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-263

OFFICER CONTRERAS ALAN, Chatham County Police Department; and SOUTHERN DISTRICT OF GEORGIA; United States District Court,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 3/16/21, adopting the United States Magistrate Judge's Report and Recommendation as the Court's opinion in this case, judgment is hereby entered dismissing Plaintiff's complaint without prejudice. This case stands closed.

| 3/16/21 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020